UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


CHET GILLIAM,

        Plaintiff,

        v.

JO ANNE B. BARNHART, Commissioner of
Social Security,

        Defendant.
_____

CV 04-6219-JE

ORDER

HAGGERTY, Chief Judge:

On October 14, 2005, Magistrate Judge Jelderks issued a Findings and Recommendation

in this action [17] in which the Magistrate Judge recommended that the defendant

Commissioner's final decision should be affirmed and the case should be dismissed.  No

objections were filed.


The matter is now before the court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ.

P. 72(b).  A district court "may accept, reject, or modify, in whole or in part, the findings or

recommendations" made by a Magistrate Judge. 28 U.S.C. § 636(b)(1). Within ten days of being

served with a copy of the Findings and Recommendation, any party may file written objections

and the court shall make a *de novo* determination of those portions of the Findings and

Recommendation to which objections are made. *Id.* When no timely objection is filed,

the court need only satisfy itself that there is no clear error on the face of the record in order to

accept the recommendation of the Magistrate Judge. *Thomas v. Arn,* 474 U.S. 140, 149-150

(1985); *Campbell v. United States District Court*, 501 F.2d 196 (9th Cir. 1974). No clear error

appears on the face of the record, and the court adopts Magistrate Judge Jelderks' Findings and

Recommendation.

## CONCLUSION

The Magistrate's Findings and Recommendation [17] is adopted in its entirety. The

Commissioner's decision denying plaintiff's application for benefits under Title II of the Social

Security Act is affirmed and this action is dismissed.

IT IS SO ORDERED.

Dated this ___11___ day of January, 2006.


                                            ___/s/Ancer L.Haggerty_____
                                              ANCER L. HAGGERTY
                                            United States District Judge